UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-295-DFH-TAB |
| | ) | IP 99-83-CR-02 |
| MACKLIN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

DAVID F. HAMILTON, Judge
United States District Court

Date: 3/9/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Macklin Brown
Reg. No. 06132-028
F.C.I.
P.O. Box 33
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048